IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

        Plaintiff,

vs.                        Case No. 13-10112-01, 03, 04, 05, 06,
                                           07, 08, 10, 11, 12-JTM

Gerald Beasley, *et al.*,

        Defendants.

MEMORANDUM AND ORDER

For good cause shown, the court hereby amends the Memorandum and Order entered February 8, 2016 (Dkt. 390), substituting the following language as indicated herein.

The fourth sentence of the second full paragraph of page 6 of the Order is hereby amended to read:

> The 200 is a reference to a drug traffic organization in Memphis, Tennessee, and "TFO Taylor stated that BAILEY's main supplier for cocaine i[s] located in Houston, TX and Los Angeles, CA. Antoine BEASLEY, using TARGET T[E]LEPHONE #2 is in frequent contact with FNU LNU, utilizing 206-313-8054."

The third non-citation text sentence of the first full paragraph of page 37 is amended to read:

> In addition to this general argument, Antoine Beasley stresses that the EBT Program Fraud claim is only loosely connected to the larger conspiracy

involved in the case.

The fourth sentence of the first full paragraph of page 40 is amended to read:

Similarly, defendant Antoine Beasley's contention that the EBT Program Fraud charges are not related to the larger conspiracy in the case is a factual argument which is properly presented to the jury.

IT IS SO ORDERED this 23rd day of February, 2016.




_____ s/ J. Thomas Marten _____
J. THOMAS MARTEN, JUDGE